IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROUNDHILL CONDOMINIUM ASSOCIATION, | : : : | CIVIL ACTION |
| *Plaintiff*, | : : | |
| v. | : : | |
| NVR, INC., | : : | No. 19-442 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 19th day of July, 2019, upon consideration of NVR, Inc.'s Partial Motion to Dismiss (Doc. No. 7), Roundhill Condominium Association's response (Doc. No. 8), NVR's reply (Doc. No. 12), and an oral argument held on April 22, 2019, **it is ORDERED** that the Motion (Doc. No. 7) is **GRANTED** as set out in the accompanying Memorandum. The Association is granted leave to file an Amended Complaint no later than August 9, 2019.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE